DANIEL J. BRODERICK, #89424
Acting Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
RON SEAN ARTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>            Plaintiff,           )<br>                                 )<br>       v.                        )<br>                                 )<br> RON SEAN ARTER,                 )<br>                                 )<br>            Defendant.           )<br> _____) | No. Cr. S. 01-0417-GEB<br><br>STIPULATION RE: CONTINUANCE OF<br>DISPOSITIONAL HEARING AND<br>MODIFICATION OF TERMS OF<br>SUPERVISED RELEASE<br><br>Date:  August 18, 2006<br>Time:  9:00 a.m.<br>Judge: Garland E. Burrell, Jr. |

     It is hereby stipulated and agreed to between the United States of America through CAMIL SKIPPER, Assistant U.S. Attorney, and defendant, RON ARTER, by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender that the dispositional hearing in this case be continued for four months, to August 18, 2006 at 9:00 a.m., to assess Mr. Arter's continued compliance with his terms and conditions of supervised release.

     The parties also agree that the Court should order Mr. Arter's

terms and conditions of supervised release modified as follows:

> The releasee shall reside and participate in a residential Community Correction Center for a period of two months; said placement shall commence as directed by the probation officer pursuant to 18 USC § 3563(b)(11). The releasee shall pay cost of confinement as determined by the Bureau of Prisons.

This is the interim recommendation of the probation officer as set forth in the memorandum filed on April 18, 2006 and agreed to by the parties.  Mr. Arter agrees with this modification.

Dated:  April 19, 2006

                                    Respectfully submitted,
DANIEL J. BRODERICK
Federal Defender

/s/ Rachelle Barbour
_____
RACHELLE BARBOUR
Assistant Federal Defender
Attorney for Defendant
RON SEAN ARTER

MCGREGOR W. SCOTT
United States Attorney

/s/ Camil A. Skipper
CAMIL A. SKIPPER
Assistant U.S. Attorney

**O R D E R**

IT IS SO ORDERED, but the above referenced dispositional memorandum shall be filed on April 19, 2006.

Dated:  April 19, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

Motion for Discovery - Arter       -2-