DANIEL J. BRODERICK, #89424
Acting Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
RON SEAN ARTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr. S. 07-00020-GEB |
| ) | Cr. S. 01-00417-GEB |
| Plaintiff, ) | |
| ) | STIPULATION AND PROPOSED ORDER TO |
| v. ) | CONTINUE STATUS CONFERENCE |
| ) | |
| RON SEAN ARTER, ) | |
| ) | Date:  May 18, 2007 |
| Defendant. ) | Time:  9:00 a.m. |
| ) | Judge: Garland E. Burrell, Jr. |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through CAMIL SKIPPER, Assistant U.S. Attorney, and defendant, RON ARTER, by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender that the status conference previously set for May 4, 2007 in both above-numbered cases be continued to May 18, 2007, and that time continue to be excluded for preparation of defense counsel in Cr. S. 07-0020-GEB.

This continuance is being requested because defense counsel needs

additional time to prepare, to review discovery, and to discuss the case with the prosecutor and the probation officer.

For this reason, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial Act in case number Cr. S. 07-0020-GEB may be excluded from the date of this order through May 18, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(iv)(Local Code T4).

```
                                        Respectfully submitted,
                                        DANIEL J. BRODERICK
                                        Federal Defender


DATED:    May 3, 2007                   /s/ RACHELLE BARBOUR
                                        RACHELLE BARBOUR
                                        Assistant Federal Defender
                                        Attorney for Defendant


                                        McGREGOR SCOTT
                                        United States Attorney


DATED:    May 3, 2007                   /s/ RACHELLE BARBOUR for
                                        CAMIL SKIPPER
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff
```

**O R D E R**

**IT IS SO ORDERED.**

Dated:  May 4, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge