DANIEL J. BRODERICK, #89424
Acting Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
RON SEAN ARTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. Cr. S. 07-00020-GEB |
| | ) | Cr. S. 01-00417-GEB |
| Plaintiff, | ) | |
| | ) | STIPULATION AND PROPOSED ORDER TO |
| v. | ) | CONTINUE MOTIONS BRIEFING |
| | ) | SCHEDULE AND NON-EVIDENTIARY |
| RON SEAN ARTER, | ) | HEARING; [proposed] ORDER |
| | ) | |
| Defendant. | ) | Date:  March 21, 2008 |
| | ) | Time:  9:00 a.m. |
| _____ | ) | Judge: Garland E. Burrell, Jr. |

It is hereby stipulated and agreed to between the United States of America through CAMIL SKIPPER, Assistant U.S. Attorney, and defendant, RON ARTER, by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender that the non-evidentiary hearing previously set for January 18, 2008 in both above-numbered cases be continued to March 21, 2008, and that time continue to be excluded for preparation of defense counsel in Cr. S. 07-0020-GEB until the filing of motions.

This continuance is being requested because defense counsel needs

additional time to prepare motions and investigate the case.  The parties propose the following motions briefing schedule:

    Defense motions due February 15, 2008

    Government opposition due March 7, 2008

    Defense reply due March 14, 2008

    Non-Evidentiary Hearing on March 21, 2008

For this reason, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial Act in case number Cr. S. 07-0020-GEB may be excluded from the date of this order through the date motions are filed pursuant to 18 U.S.C. § 3161(h)(8)(iv)(Local Code T4), and thereafter for the pendency of motions pursuant to 18 U.S.C. § 3161(h)(1)(F)(Local Code E).

                                          Respectfully submitted,
                                          DANIEL J. BRODERICK
                                          Federal Defender

DATED:   December 20, 2007       /s/ RACHELLE BARBOUR
                                          RACHELLE BARBOUR
                                          Assistant Federal Defender
                                          Attorney for Defendant


                                          McGREGOR SCOTT
                                          United States Attorney


DATED:   December 20, 2007       /s/ RACHELLE BARBOUR for
                                          CAMIL SKIPPER
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff

Stipulation and Order - Arter     -2-

<u>United States v. Arter</u>, Cr. S. 07-00020-GEB and Cr. S. 01-00417-GEB

# O R D E R

**IT IS SO ORDERED.** The previously set non-evidentiary hearing is continued to March 21, 2008. Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4 until the filing of defense motions, and thereafter for the pendency of motions pursuant to 18 U.S.C. § 3161(h)(1)(F) and Local Code E. The briefing schedule suggested by the parties is adopted. Both cases are continued to March 21, 2008.

Dated: January 2, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stipulation and Order - Arter    -3-