DANIEL J. BRODERICK, #89424
Acting Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
RON SEAN ARTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr. S. 07-00020-GEB |
| ) | Cr. S. 01-00417-GEB |
| Plaintiff, ) | |
| ) | STIPULATION REGARDING DISCOVERY |
| v. ) | MOTION BRIEFING SCHEDULE AND |
| ) | NON-EVIDENTIARY HEARING; AND |
| RON SEAN ARTER, ) | ORDER |
| ) | |
| Defendant. ) | Hearing Date:  April 22, 2008 |
| ) | Time:   2:00 p.m. |
| _____ ) | Judge: Dale A. Drozd |

It is hereby stipulated and agreed to between the United States of America through MATTHEW SEGAL, Assistant U.S. Attorney, and defendant, RON ARTER, by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender that the existing briefing schedule for Mr. Arter's discovery motion be revised as follows, and that the existing hearing date be continued from March 12, 2008 to April 22, 2008 at 2:00 p.m. The parties stipulate and agree that the interests of justice served by

/////

granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

The parties request this continuance so that they can try to resolve the pending discovery dispute. The government is making the hard drive available to defense counsel at a government office in San Francisco. Defense counsel will review it with the defense expert in compliance with the government's terms prior to the date for the hearing. Should the discovery motion still be necessary, defense counsel will supplement her briefing after reviewing the hard drive subject to the policies imposed by the government. The parties agree to the following briefing schedule: supplemental defense briefing is due April 9, 2008; government opposition is due April 16, 2008, defense reply is due April 18, 2008, discovery motion hearing before Judge Drozd will be April 22, 2008 at 2:00 p.m.

                                                           Respectfully submitted,
DANIEL J. BRODERICK
Federal Defender

DATED:   March 7, 2008          /s/ RACHELLE BARBOUR
                                RACHELLE BARBOUR
                                Assistant Federal Defender
                                Attorney for Defendant


                                McGREGOR SCOTT
                                United States Attorney

DATED:   March 7, 2008          /s/ RACHELLE BARBOUR for
                                MATTHEW SEGAL
                                Assistant U.S. Attorney
                                Attorney for Plaintiff

//
//

Stipulation and Order - Arter     -2-

**O R D E R**

**IT IS SO ORDERED.** The above motions schedule and hearing date is adopted by the Court.  Time is excluded for the pendency of motions pursuant to 18 U.S.C. § 3161(h)(1)(F) and Local Code E.  The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

DATED: March 10, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/arter0720.stipord

Stipulation and Order - Arter      -3-